# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 8, 2019

## NO. 03-19-00076-CV

**Margaret Caples Abraham, Appellant**

**v.**

**Estate of Joseph (Sib) Abraham, Jr., Appellee**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, TRIANA**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on January 4, 2019. Having reviewed the record, the Court holds that Margaret Caples Abraham has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.